```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
OPAL FINANCE LTD.,                  :    08 civ. 8279 (LAP)
                                    :
                Plaintiff,          :    SCHEDULING ORDER
                                    :
     v.                             :
                                    :
AGRENCO MADEIRA COMERCIO            :
INTERNACIONAL LDA, a/k/a AGRENCO    :
MADEIRA COMERCIO INTERNACIONAL      :
LTD., AGRENCO GROUP, a/k/a AGRENCO  :
LTD., AGRENCO S.A., INLOGS          :
INTERNATIONAL LTD.,                 :
                                    :
                Defendants.         :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/09

LORETTA A. PRESKA, United States District Judge:

The parties shall appear for a status conference on June 24, 2009 at 9:30 A.M. in courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York

         March 25, 2009

_____

LORETTA A. PRESKA, U.S.D.J.